Leonard M. Shulman - Bar No. 126349
Melissa Davis Lowe - Bar No. 245521
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:     (949) 340-3400
Facsimile:     (949) 340-3000
Email:         LShulman@shbllp.com
               MLowe@shbllp.com

Attorneys for Karl Anderson,
Chapter 7 Trustee

FILED & ENTERED

JAN 10 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY yepes      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:17-bk-17512-MJ |
| **DOUGLAS CRAIG WOODARD,** | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER REQUIRING TURNOVER OF PROPERTY OF THE ESTATE TO THE TRUSTEE** |

Hearing:
Date:     January 9, 2018
Time:     11:00 a.m.
Ctrm.:    301
Place:    3420 Twelfth Street
          Riverside, CA 92501

The Motion for Order Requiring Turnover of Property of the Estate to the Trustee ("Motion") (docket 38) filed by Karl T. Anderson, the Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Douglas Craig Woodard ("Debtor") came on for regular hearing on January 9, 2018, the Honorable Meredith Jury, United States Bankruptcy Judge presiding.

Melissa Davis Lowe of Shulman Hodges & Bastian LLP appeared on behalf of the Trustee. No other appearances were made.

The Court, having considered the Motion, Declarations of Melissa Davis Lowe, Frank Chavez and Richard A. Halderman, Jr. annexed to the Motion, the arguments and representations of counsel, and record in this case; the Court having found that proper notice has been given; and

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5359-000\62\1156194.1

it appearing that the relief requested by the Motion is in the best interests of the Estate and its

creditors; and good cause having been shown, and for the reasons stated on the record, it is

ORDERED that the Motion is granted as follows:

1.     The Debtor shall turnover possession of any and all of jewelry and wine in which

he had a legal or equitable interest as of the date of the filing of this bankruptcy case by no later

than thirty (30) calendar days from the date of entry of this Order.

2.     The Debtor shall provide to the Trustee proof of insurance for the real property

located at 225 Birchwood Drive, Lake Arrowhead, CA 92352 by no later than thirty (30) calendar

days after entry of this Order.

# # #

Date: January 10, 2018

Meredith A. Jury
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5359-000\62\1156194.1