Leonard M. Shulman - Bar No. 126349
Melissa Davis Lowe - Bar No. 245521
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:  LShulman@shbllp.com
    MLowe@shbllp.com

Attorneys for Karl Anderson,
Chapter 7 Trustee

FILED & ENTERED

JAN 10 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY yepes    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re

**DOUGLAS CRAIG WOODARD,**

Debtor.

Case No. 6:17-bk-17512-MJ

Chapter 7

**ORDER HOLDING DEBTOR IN CONTEMPT AND JUDGMENT FOR SANCTIONS AGAINST DEBTOR**

Hearing:
Date:   January 9, 2018
Time:   11:00 a.m.
Ctrm.:  301
Place:  3420 Twelfth Street
    Riverside, CA 92501

The hearing on the Order to Show Cause Why Debtor Should Not Be Held in Contempt and Sanctioned for Violation of Court Order (docket 33) ("OSC") was held on January 9, 2018, the Honorable Meredith Jury, United States Bankruptcy Judge presiding. Melissa Lowe appeared on behalf of Karl T. Anderson, the Chapter 7 trustee ("Trustee") for the bankruptcy estate of Douglas Craig Woodard ("Debtor"). No other appearances were made.

The OSC directed the Debtor to show cause why he should not be held in contempt of this Court by filing a written explanation on or before December 27, 2017. The Debtor did not file any written explanation.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5359-000\62\1156195.1

## FINDINGS OF FACT, ORDER ON OSC RE CONTEMPT, AND JUDGMENT

1. The Court has considered the OSC and the related Notice of Motion and Motion for Order to Show Cause Why Debtor Should Not Be Held in Contempt and Sanctioned For Violation of Court Order (docket 29) ("Motion for OSC") and all declarations, exhibits, memorandum of points and authorities, and requests for judicial notice filed in support thereof.

2. The Court finds that the Debtor did not meet his burden to show why he should not be held in contempt and sanctioned.

3. The Court also finds based on the proofs of service filed in the records of this Court that the Order Granting Chapter 7 Trustee's Motion to Compel the Debtor to Appear at the 341(a) Meeting of Creditors and to Allow Inspection of Real Property (docket 22) ("Compel Order"), the Motion for OSC and the OSC were properly served on the Debtor.

Based on these findings of fact and for the reasons as stated on the record, and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED** that Douglas Craig Woodard is found to be in Contempt of this Court's orders and authority for failing to comply with the terms of the Compel Order. Judgment for sanctions against the Debtor and in favor of the Trustee are awarded in the amount of $3,315.00. The Debtor shall pay sanctions to the Trustee's counsel, Shulman Hodges & Bastian LLP, in the amount of Three Thousand Three Hundred Fifteen Dollars ($3,315.00) by no later than thirty (30) calendar days after entry of this Order.

**IT IS FURTHER ORDERED, ADJUDICATED, AND DECREED** that the Debtor and all occupants shall vacate the property located at 225 Birchwood Drive, Lake Arrowhead, CA ("Property") by no later than thirty (30) calendar days after entry of this Order. Vacating the Property shall mean: (i) the Debtor and all occupants shall vacate the Property; and (ii) all keys and remotes used to access the Property shall be turned over to the Trustee or the Trustee's agent. If the Debtor fails to do so, he shall be fined and pay compensatory damages to the Trustee in the amount of One Hundred Dollars ($100.00) per day until he vacates the Property.

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED** that if the Debtor or any occupants of the Property fail to vacate the Property as required by this Order, any

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5359-000\62\1156195.1

appropriate law enforcement officer, including the United States Marshal, county Sheriff or other appropriate law enforcement officer, is authorized to immediately evict all occupants of the Property and no further order is required to be filed or obtained with this Court or be shown to the law enforcement officer. The Trustee or his counsel only need to provide the law enforcement officer with a copy of this entered Order for the law enforcement officer to be ordered and directed to evict the Debtor and all occupants of the Property. In such event, the Trustee is further authorized to take possession and control of the Property by changing all locks, if necessary.

### 

Date: January 10, 2018

Meredith A. Jury
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5359-000\62\1156195.1